WHITE et al., Appellants, v. MARYLAND CASUALTY Co., Respondent. (Supreme Court,

Appellate Division, Second Department. January 20, 1911.) Action by Richard S. White and others against the Maryland Casualty Company. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 179, 123 N. Y. Supp. 840.